IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANNY FLEMING, KIMBERLY HAMMOND, STEPHEN HAMMOND, DAVID JOHNSON, RHONDA STOWE, STEVEN STOWE, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>Defendant. | CIVIL ACTION NO.<br><br>5:23-CV-00172-CAR |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Danny Fleming, Kimberly Hammond, Stephen Hammond, David Johnson, Rhonda Stowe, and Steven Stowe, Sr., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss this action WITH PREJUDICE.

Respectfully submitted, this   25th   day of November 2024.

**STACEY EVANS LAW**

**/s/ Stacey G. Evans**
Stacey Godfrey Evans
Georgia Bar No. 298555
Tiffany N. Watkins
Georgia Bar No. 228805
John Amble Johnson
Georgia Bar No. 229112

729 Piedmont Avenue NE
Atlanta, GA 30308
Telephone: 404-850-6750
Facsimile: 404-850-6748
sevans@staceyevanslaw.com
twatkins@staceyevanslaw.com
ajohnson@staceyevanslaw.com

**ADAMS LAW FIRM**

**/s/ Brian P. Adams**
Brian P. Adams
Georgia Bar No. 142474
Mary Beth Hand
Georgia Bar No. 322836

598 D.T. Walton Sr. Way
Macon, GA 31201
Telephone: 478-238-0231
Facsimile: 478-216-9188
brian@brianadamslaw.com
mbhand@brianadamslaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** will be served upon all attorneys in this matter via email or by filing with the Court's CM/ECF system, which will automatically e-mail notification of such filing to:

**ALSTON & BIRD, LLP**

Meaghan G. Boyd
meaghan.boyd@alston.com
Douglas S. Arnold
doug.arnold@alston.com
Jenny A. Hergenrother
jenny.hergenrother@alston.com
Lee Ann Anand
leeann.anand@alston.com
Jenny A. Hergenrother
jenny.hergenrother@alston.com
Sara M. Warren
sara.warren@alston.com
Vickie Chung Rusek
vickie.rusek@alston.com

**JAMES-BATES-BRANNAN-GROOVER-LLP**

Duke R. Groover
dgroover@jamesbatesllp.com
S. Elizabeth Hall
ehall@jamesbatesllp.com
Amanda M. Morris
amorris@jamesbatesllp.com

**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**

Richard Robbins
rrobbins@robbinsfirm.com
Josh Belinfante
jbelinfante@robbinsfirm.com

This   25th   day of November 2024.

　　　　　　　　　　　　　　　　　　　　　*/s/ Stacey G. Evans*
　　　　　　　　　　　　　　　　　　　　　Stacey G. Evans

3